UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW-ALLEN McCASTER,<br><br>Plaintiff,<br><br>v.<br><br>FRANCHISE TAX BOARD, et al.,<br><br>Defendants. | No. 2:24-cv-03161-TLN-SCR<br><br><br><br>**ORDER** |

Plaintiff Mathew Allen McCaster ("Plaintiff") is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 4, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) On June 25, 2025, Plaintiff filed untimely objections to the findings and recommendations. (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2025, are ADOPTED IN FULL; and

2. Plaintiff's First Amended Complaint (ECF No. 4) is DISMISSED for failure to state a

1  claim pursuant to 28 U.S.C. § 1915(e) and Plaintiff is allowed leave to amend;

2      3. Plaintiff is directed to file any Second Amended Complaint within 21 days of the date
3  of this order;

4      4. Plaintiff's motions for injunctive relief (ECF Nos. 3 and 4) are DENIED; and

5      5. Plaintiff's motion for summary judgment (ECF No. 5) is DENIED.

6      IT IS SO ORDERED.

7  Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE