UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW-ALLEN MCCASTER,<br><br>Plaintiff,<br><br>v.<br><br>FRANCHISE TAX BOARD, et al.,<br><br>Defendants. | No. 2:24-cv-03161-TLN-SCR<br><br><br><br>**ORDER** |

Plaintiff Mathew-Allen McCaster ("Plaintiff") is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On November 17, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 13.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 17, 2025, are adopted in full;

2. Plaintiff's Motion to Proceed IFP (ECF No. 2) is DENIED;

3. Plaintiff's Motion to Vacate (ECF No. 11) is DENIED for the reasons stated in the

1

Court's Order to Show Cause (ECF No. 12);

    4. The action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 110 for Plaintiff's failure to comply with Court orders and failure to prosecute the action; and

    5. The Clerk is directed to enter judgment and close this file.

IT IS SO ORDERED.

Date: December 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2